UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JAMES KILKENNY and CHARLES PRIOLO, *as*   :
*Trustees of the Construction Council Local 175 Pension*   :
*Fund, et al.*,                                            :          22-CV-10877 (JMF)
:
                            Plaintiffs,                  :          ORDER WITHDRAWING
:          REFERENCE TO
                -v-                                        :          MAGISTRATE JUDGE
:
RE-EARTH OF STROUDSBURG, INC.,                            :
:
                            Defendant.                    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 11, 2023, the Honorable Kenneth M. Karas referred this case to Magistrate Judge Andrew E. Krause for general pretrial purposes. *See* Docket No. 19. It is hereby ORDERED that the reference is WITHDRAWN.

      SO ORDERED.

Dated: August 3, 2023
       New York, New York
                                                                                                                                                                          JESSE M. FURMAN
                                                                                                                                                  United States District Judge