UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JAMES KILKENNY and CHARLES PRIOLO, *as*  :
*Trustees of the Construction Council Local 175 Pension*  :
*Fund, et al.*,                                            :   22-CV-10877 (JMF)
:
Plaintiffs,                          :   ORDER WITHDRAWING
:   REFERENCE TO
-v-                                :   MAGISTRATE JUDGE
:
RE-EARTH OF STROUDSBURG, INC.,                             :
:
Defendant.                           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On July 20, 2023, the Court reassigned the referral of this case for general pretrial purposes to Magistrate Judge Robert W. Lehrburger. For avoidance of doubt: The Court's Order of August 3, 2023, *see* ECF No. 26, withdraws the reference altogether.

    SO ORDERED.

Dated: August 4, 2023
       New York, New York

                                                      JESSE M. FURMAN
                                                United States District Judge