

Elise S. Feldman
efeldman@rothmanrocco.com

November 15, 2023

**FILED VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> **Application GRANTED.  The conference is now scheduled for November 21, 2023 at 2:00 pm**.  The Clerk of Court is directed to terminate ECF No. 35.  SO ORDERED.
>
> */s/ Jesse M. Furman*
>
> November 15, 2023

Re:   Local 175 Pension Fund, et al. v. Re-Earth of Stroudsburg, Inc.
       Civil Action No. 22-CV-10877 (JMF)

Dear Judge Furman:

This firm represents the Plaintiffs in the above-referenced complaint to collect unpaid benefit fund contributions, plus interest, damages, fees, and costs from Defendant Re-Earth of Stroudsburg, Inc. ("Defendant" or "Employer"). Pursuant to the parties' further discussions and consultation with the Court's individual rules, on consent from Defendant's counsel, Plaintiffs hereby respectfully request that the telephone conference, currently scheduled for November 21, 2023 at 4:00 pm be rescheduled for a time earlier that day, between 12:00 pm and 2:30 pm. This is the first request for a change in the schedule, and is made because counsel for Plaintiffs is unavailable after 3:00 pm on that day. This would not affect any other deadlines in this matter. The parties are currently in the process of scheduling settlement discussions with the assigned magistrate judge.

Thank you for your consideration of our request.

Respectfully submitted,

*Elise S. Feldman*

Elise S. Feldman

cc: Richard Ziskin, Esq. (via e-mail)

ROTHMAN ROCCO LARUFFA LLP • 3 WEST MAIN STREET, SUITE 200 • ELMSFORD, NY 10523
TEL 914.478.2801 FAX 914.478.2913 WWW.ROTHMANROCCO.COM