UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JAMES KILKENNY et al.,                                             :
                                                                   :
                            Plaintiffs,                            :
                                                                   :        22-CV-10877 (JMF)
              -v-                                                  :
                                                                   :        ORDER
RE-EARTH OF STROUDSBURG, INC.,                                     :
                                                                   :
                            Defendant.                             :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record during the teleconference held earlier today:

- The request for a stay of discovery is DENIED.  The deadline to complete discovery
  is hereby EXTENDED to **March 8, 2024**.  The appearing parties should not expect
  any further extensions of this deadline.

- The pretrial conference scheduled for December 14, 2023 is ADJOURNED to **March
  14, 2024** at **9:00 a.m.**

        SO ORDERED.

Dated: November 21, 2023
       New York, New York
                                              _____
                                                    JESSE M. FURMAN
                                                    United States District Judge