USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JAMES KILKENNY AND CHARLES PRIOLO
AS TRUSTEES OF THE CONSTRUCTION
COUNCIL LOCAL 175 PENSION FUND, et al,

        Plaintiffs,

- against -

RE-EARTH OF STROUDSBURG, INC.,

        Defendant,

- and -

RE-EARTH OF STROUDSBURG, INC.,

        Third-Party Plaintiff,

- against -

DRAGONETTI BROTHERS LANDSCAPING
NURSERY & FLORIST INC. AND
INTERNATIONAL FIDELITY
INSURANCE COMPANY,

        Third-Party Defendants.
-------------------------------------------------------------X

22-CV-10877 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed during the telephone conference held on January 9, 2024, by January 23, 2024, the parties shall file a joint status report with respect to whether the settlement conference currently scheduled for February 12, 2024, should proceed on that date, taking into account relevant concerns such as exchange of necessary information, and appearance of the third-party defendant surety company.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2024
      New York, New York

Copies transmitted this date to all counsel of record.